IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
JSM 1/30/12

| | |
|---|---|
| WILLIE DANIEL, ) | |
| BETTY DANIEL, ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:10-CV-967 |
| ) | |
| AMERICAN MULTISPECIALTY ) | |
| GROUP, INC., d/b/a Esse Health, ) | |
| ) | |
| and ) | |
| STANLEY VRIEZELAAR, M.D. ) | |
|    Defendants. ) | |

### DISMISSAL WITH PREJUDICE

Comes now plaintiffs by and through their attorney, and hereby dismiss this matter as to all defendants with prejudice.

LAW OFFICES OF TODD N. HENDRICKSON

*Todd N. Hendrickson*

TODD N. HENDRICKSON #37460
100 S. Brentwood Blvd., Suite 300
Clayton, Missouri 63105
(314) 721-8833
(314) 721-4944 fax
Attorney for Plaintiff

1

VERIFICATION OF SIGNED ORIGINAL DOCUMENT

I, Todd N. Hendrickson, hereby attest to the existence of a paper copy of this Motion bearing the original signature of Todd N. Hendrickson. The document was filed electronically on January 30, 2012, with a blank signature line. Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

LAW OFFICES OF TODD N. HENDRICKSON

*/s/ Todd N. Hendrickson*
TODD N. HENDRICKSON #37460
100 S. Brentwood Blvd., Suite 300
Clayton, Missouri 63105
(314) 721-8833
(314) 721-4944 fax
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of Court to be served on all parties this 30th day of January, 2012, to:

Peter F. Spataro
Moser & Marsalek, P.C.
200 North Broadway, Suite 700
St. Louis, MO 63102

*/s/ Todd N. Hendrickson*